**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MIGUEL CASTRO, | : | CIVIL ACTION NO.: |
| Plaintiff, | : | |
| v. | : | |
| ROADRUNNER TRANSPORTATION SERVICES, INC.; ROADRUNNER TRANSPORTATION SYSTEMS, INC.; ROADRUNNER DAWES FREIGHT SYSTEMS, INC.; and DAVID BRADLEY GRIFFEN, | : | OCTOBER 6, 2016 |
| Defendants. | | |

**<u>NOTICE OF REMOVAL</u>**

To the Judges of the United States District Court for the District of Connecticut, the defendants, Roadrunner Transportation Services, Inc., Roadrunner Transportation Systems, Inc., and Roadrunner Dawes Freight Systems, Inc. (hereinafter collectively the "Corporate Defendants"), hereby file this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully state:

1.      On September 7, 2016, the Corporate Defendants were served with and actually received the Summons and Complaint for this matter.  On September 19, 2016, the Complaint and Summons for this matter was filed in the Superior Court for the Judicial District of New Haven at New Haven entitled: <u>Miguel Castro vs. Roadrunner Transportation Services, Inc., et</u>

1

al., with docket number NNH-CV16-6064953-S (hereinafter "State Action") returnable September 27, 2016, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.  On the same day, the plaintiff, Miguel Castro (hereinafter the "Plaintiff"), filed the Return of Service indicating that service was made on the defendant David Bradley Griffen ("Mr. Griffen") by leaving a true and attested copy of the Summons and Complaint with the Commissioner of Motor Vehicles located at 60 State Street, Wethersfield, Connecticut. The State Marshal also attempted to make service upon Mr. Griffen by depositing at the Post Office, via certified mail, postage paid, return receipt requested, a true and attested copy of the Complaint. On September 20, 2016, however, the State Marshal received the returned certified mailing indicating that the carrier was "unable to forward" the mailing. To date, Mr. Griffen has not actually received the Summons and Complaint for this matter.

2.      In the Complaint, the Plaintiff alleges one count of negligence against Mr. Griffen individually and one count of negligence against Mr. Griffen as an agent of the Corporate Defendants arising out of an alleged personal injury occurring on or about September 3, 2014.

3.      This action involves citizens of different states.   At all times relevant, the Plaintiff is a resident of the City of Meriden, County of New Haven and State of Connecticut. (See Exhibit A, Summons).

4.      The defendant, Roadrunner Transportation Services, Inc., is a foreign company organized in the State of Wisconsin with a principal business address of 4900 S. Pennsylvania Avenue, Cudahy, Wisconsin 53110. (See Exhibit A, Summons).  Attorney Michael R. Keller

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902
(203) 965-4900 • JURIS NO. 436691

1295716v.1

has filed a notice of appearance on behalf of Roadrunner Transportation Services, Inc. in the State Action, a copy of which is attached hereto as Exhibit B.

5.      The defendant, Roadrunner Transportation Systems, Inc., is a foreign company organized in the State of Wisconsin with a principal business address of 4900 S. Pennsylvania Avenue, Cudahy, Wisconsin 53110. (See Exhibit A, Summons).  Attorney Michael R. Keller has filed a notice of appearance on behalf of Roadrunner Transportation Systems, Inc. in the State Action, a copy of which is attached hereto as Exhibit B.

6.      The defendant, Roadrunner Dawes Freight Systems, Inc., is a foreign company organized in the State of Wisconsin with a principal business address of 4900 S. Pennsylvania Avenue, Cudahy, Wisconsin 53110. (See Exhibit A, Summons).  Attorney Michael R. Keller has filed a notice of appearance on behalf of Roadrunner Dawes Freight Systems, Inc. in the State Action, a copy of which is attached hereto as Exhibit B.

7.      The Summons states that the defendant, Mr. Griffen, is a resident of the city of Greenville in the State of Texas. Mr. Griffen, however, is actually a resident of the city of Mt. Juliet in the State of Tennessee.   Attorney Michael R. Keller has filed a notice of appearance on behalf of Mr. Griffen, a copy of which is attached hereto as Exhibit B.  Without waiving any entitled jurisdictional defenses, Mr. Griffen consents to the filing of this Notice of Removal.

8.      Upon information and belief, and based on the allegations in the Plaintiff's Complaint, the amount in controversy in this action is likely in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.  The Plaintiff's Complaint alleges that the Plaintiff was operating a motor vehicle on Interstate 91 in a southerly direction

3

and that Mr. Griffen was operating a truck owned by the Corporate Defendants directly behind the Plaintiff's vehicle.  (Ex. A, Complaint, ¶ 2).  The Plaintiff claims that the truck being operated by Mr. Griffen struck his automobile in the rear.  (Ex. A, Complaint, ¶ 3).  As a result of the accident, the Plaintiff alleges that he sustained a right elbow injury, cervical strain, right shoulder pain, right arm pain, back injury, headaches, general shock to his nervous system and mental anguish.  (Ex. A, Complaint, ¶ 6).   The Plaintiff further alleges that he suffered, and will continue to suffer, great pain and suffering and, further, that he has experienced considerable difficulty in sleeping, moving, bending and walking, and will continue to do so in the future.  (Ex. A, Complaint, ¶ 10).  He further claims that he has been deprived of his normal life activities.  (Id.).  In addition, the Plaintiff alleges that he has incurred expenses for physical therapy, x-rays, medicines and supplies and that he has sustained lost earnings and a loss of earning capacity.  (Ex. A, Complaint, ¶¶ 7-9).

9.    The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the place of incorporation and principal place of business of the Corporate Defendants, and the citizenship of the individual defendant, Mr. Griffen, are wholly diverse from the citizenship of the Plaintiff; and (2) the amount in controversy, exclusive of interest and costs, likely exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

10.    Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Corporate Defendants of the Summons and

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902
(203) 965-4900 • JURIS NO. 436691

Complaint on September 7, 2016, setting forth the claims for relief upon which the action is based.

11.     The Defendants have complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

12.     The Superior Court for the Judicial District of New Haven at New Haven is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

13.     A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendants respectfully removes this action from the Superior Court of Connecticut, Judicial District of New Haven at New Haven, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

THE DEFENDANTS,
ROADRUNNER TRANSPORTATION SERVICES, INC.; ROADRUNNER TRANSPORTATION SYSTEMS, INC.; and ROADRUNNER DAWES FREIGHT SYSTEMS, INC.

BY:  _/s/ Michael R. Keller_____
Michael R. Keller, Esq.
Federal Bar No.: ct29284
Morrison Mahoney LLP
Four Stamford Plaza, Suite 403
107 Elm Street
Stamford, CT 06902
Telephone: (203) 965-4900
E-Mail: mkeller@morrisonmahoney.com

5

1295716v.1

## CERTIFICATION

I hereby certify that a copy of the foregoing document was mailed U.S. mail, to the

following parties of record postage prepaid this 6th day of October 2016 as follows:

Law Offices of James A. Welcome
80 Central Avenue
Waterbury, CT 06702
*Counsel for Plaintiff*


   /s/ Michael R. Keller
Michael R. Keller (ct29284)

6

# EXHIBIT A

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**

**FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902**

**(203) 965-4900 • JURIS NO. 436691**

1295716v.1

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 235 Church Street, New Haven, CT  06510 | ( 203 ) 503-6800 | 9 Month | 27 Day | 2 016 Year |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) **New Haven** | Case type code *(See list on page 2)* Major: **V**   Minor: **01** |
|---|---|---|---|

## For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* **Law Offices of James A. Welcome- 80 Central Avenue, Waterbury, CT  06702** | Juris number *(to be entered by attorney only)* **423773** |
|---|---|

| Telephone number *(with area code)* ( 203 ) 753-7300 | Signature of Plaintiff *(If self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☐ Yes  ☒ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 4 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name:   Castro, Miguel<br>Address: 51 Bradley Avenue, Meriden, CT  06451 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name:   Roadrunner Transportation Services, Inc.        /        agent for service:  CT Corporation System<br>Address: 4900 S. Pennsylvania Avenue, Cudahy, WI  53110 /        8020 Excelsior Dr. Ste. 200, Madison, WI 53717 | D-01 |
| Additional Defendant | Name:   Roadrunner Transportation Systems, Inc.<br>Address: 4900 S. Pennsylvania Avenue, Cudahy, WI  53110 | D-02 |
| Additional Defendant | Name:   Roadrunner Dawes Freight Systems, Inc.<br>Address: 4900 S. Pennsylvania Avenue, Cudahy, WI  53110 | D-03 |
| Additional Defendant | Name:   Griffen, David Bradley<br>Address: 5501 Sayle Street, Greenville, TX  75402 | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left **James A. Welcome** | Date signed **08/24/2016** |
|---|---|---|---|

| If this Summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date | |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE:  SEPTEMBER 27, 2016          :          SUPERIOR COURT

ANGEL M. CASTRO                                      :          J.D. OF NEW HAVEN

VS.                                                              :          AT NEW HAVEN

ROADRUNNER TRANSPORTATION SERVICES, INC.;
ROADRUNNER  TRANSPORTATIONSYSTEMS, INC.;
ROADRUNNER DAWES FREIGHT SYSTEMS, INC.;
and DAVID BRADLEY GRIFFEN                      :          AUGUST  24, 2016

## COMPLAINT

### FIRST COUNT:

1. On or about September 3, 2014, at approximately 6:37 p.m., the Plaintiff, ANGEL
M. CASTRO, was the owner and operator of a vehicle traveling on I-91 southbound north of
Exit 1, in New Haven, Connecticut.

2. At the same time and place, the Defendant, DAVID BRADLEY GRIFFEN, was the
operator of a motor vehicle, which was owned and/or leased by the Defendants,
ROADRUNNER TRANSPORTATION SERVICES, INC.; ROADRUNNER
TRANSPORTATION SYSTEMS, INC.; and ROADRUNNER DAWES FREIGHT
SYSTEMS, INC., and DAVID BRADLEY GRIFFEN, and was traveling on I-91 southbound
north of Exit 1, in New Haven, Connecticut, directly behind the Plaintiff.

3. At the same time and place, the vehicle operated by the Defendant, DAVID
BRADLEY GRIFFEN, suddenly and without warning, struck the rear-end of the Plaintiff's
vehicle causing the Plaintiff to strike the rear-end of the vehicle in front of him.

1

4.  At all times mentioned herein the vehicle operated by the Defendant, DAVID

BRADLEY GRIFFEN, was owned and/or leased by the Defendants, ROADRUNNER

TRANSPORTATION SERVICES, INC.; ROADRUNNER TRANSPORTATION SYSTEMS,

INC.; ROADRUNNER DAWES FREIGHT SYSTEMS, INC., and DAVID BRADLEY

GRIFFEN,  and was operated by the Defendant, DAVID BRADLEY GRIFFEN, as the agent,

servant and/or employee of the Defendants, ROADRUNNER TRANSPORTATION

SERVICES, INC.; ROADRUNNER TRANSPORTATION SYSTEMS, INC.; and

ROADRUNNER DAWES FREIGHT SYSTEMS, INC.

5.  The injuries and damages suffered by the Plaintiff, ANGEL CASTRO, were the

result of the negligence and carelessness of the Defendant, DAVID BRADLEY GRIFFEN, in

one or more of the following ways:

a.  In that the Defendant operator failed to keep a reasonable and proper lookout for
    other vehicles on the road;

b.  In that the Defendant operator failed to turn or swerve so as to avoid the collision;

c.  In that the Defendant operator failed to apply the brakes in time to avoid the
    collision;

d.  In that the Defendant operator failed to sound the horn or give a timely warning of
    the impending collision;

e.  In that the Defendant operator failed to keep the vehicle under proper control;

f.  In that the Defendant operator was inattentive in the operation of the vehicle; and

2

    g. In that the Defendant operator followed too closely behind the vehicle operated by the Plaintiff having due regard to the circumstances then and there existing and in violation of Section 14-240(a) of the Connecticut General Statutes.

  6. As a proximate result of the Defendant's negligence, as aforesaid, the Plaintiff, ANGEL CASTRO, suffered the following injuries, some or all of which may be permanent in nature:

    a. Right elbow injury;

    b. Cervical strain;

    c. Right shoulder pain;

    d. Right arm pain;

    e. Back injury;

    f. Headaches;

    g. General shock to his nervous system; and

    h. Mental anguish.

  7. As a further proximate result of the Defendant's negligence, the Plaintiff, ANGEL CASTRO, incurred expenses for medical care, medicines, diagnostic tests and therapy, all necessary to his recovery and he may have to incur similar expenses for additional treatment in the future.

  8. As a further result of the negligence and carelessness of the Defendant, DAVID BRADLEY GRIFFEN, the Plaintiff, ANGEL CASTRO, was unable to return to work for several weeks after the accident, to his financial detriment.

9.   As a further result of the negligence and carelessness of the Defendant, DAVID BRADLEY GRIFFEN, the Plaintiff, ANGEL CASTRO, may have a loss of future earning capacity.

10.   As a further result of his injuries, caused by the Defendant, DAVID BRADLEY GRIFFEN, as previously mentioned, the Plaintiff, ANGEL CASTRO, endured great pain and suffering, shock, experienced considerable difficulty in sleeping, moving, bending, and walking, missed considerable time from his normal activities, including a significant impact on his mood, and ability to enjoy life's pleasures, which may have been permanently diminished.

**SECOND COUNT:**

1.   Paragraphs 1 through 10 of the First Count are hereby incorporated and made corresponding paragraphs of this the Second Count.

11.   The injuries suffered by the Plaintiff, ANGEL CASTRO, were the result of the negligence and carelessness of the Defendant, DAVID BRADLEY GRIFFEN, individually, and as agent, servant and/or employee of the Defendants, ROADRUNNER TRANSPORTATION SERVICES, INC.; ROADRUNNER TRANSPORTATION SYSTEMS, INC.; and ROADRUNNER DAWES FREIGHT SYSTEMS, INC.

**WHEREFORE**, the Plaintiff claims:

1.   Money damages;

2.   Such other relief at law or in equity as the Court may deem fair and just.

4

**HEREOF FAIL NOT BUT OF THIS WRIT WITH YOUR DOINGS THEREON, MAKE DUE SERVICE AND RETURN ACCORDING TO LAW.**

Dated at Waterbury, Connecticut, this 24th day of August, 2016.

THE PLAINTIFF,
ANGEL CASTRO

BY _____

James A. Welcome
LAW OFFICES OF
JAMES A. WELCOME
80 Central Avenue
Waterbury, CT 06702
Tel. (203) 753-7300
Fax (203) 753-7302

RETURN DATE:  SEPTEMBER 27, 2016       :       SUPERIOR COURT

ANGEL CASTRO       :       J.D. OF NEW HAVEN

VS.       :       AT NEW HAVEN

ROADRUNNER TRANSPORTATION SERVICES, INC.;
ROADRUNNER TRANSPORTATION SYSTEMS, INC.;
ROADDUNNER DAWES FREIGHT SYSTEMS, INC.;
and DAVID B. GRIFFEN       :       AUGUST 24, 2016

## STATEMENT OF AMOUNT IN DEMAND

     The amount in demand is not less than Fifteen Thousand Dollars, exclusive of interest and costs.

THE PLAINTIFF,
ANGEL CASTRO

BY _____
James A. Welcome
LAW OFFICES OF
JAMES A. WELCOME
80 Central Avenue
Waterbury, CT 06702
Tel. (203) 753-7300
Fax (203) 753-7302

STATE OF CONNECTICUT)

               ) ss: Waterbury                             August 24, 2016

COUNTY OF NEW HAVEN)

Miguel Castro

   v

**Roadrunner Transportation Services, Inc.; Roadrunner Transportation Systems, Inc., Roadrunner Dawes Freight Systems, Inc., and David Bradley Griffen**

       I, Donald Cipriano, do hereby depose and say:

I am a State Marshal in the County of New Haven, and I am a Civil Officer authorized to serve civil process. On **August 24, 2016**, the original *Writ, Summons-Civil, Complaint, and Statement of Amount in Demand,* in the within action was personally delivered to me for service upon the Defendant: **Roadrunner Transportation Services, Inc.; Roadrunner Transportation Systems, Inc., Roadrunner Dawes Freight Systems, Inc., and David Bradley Griffen.**

       Afterward, on **September 6, 2016**, in **Wethersfield**, I made a due and legal service upon the within named Defendant: **Roadrunner Transportation Services, Inc,** by leaving a true and attested copy, with my endorsements thereon, of the within *Writ, Summons-Civil, Complaint, and Statement of Amount In Demand*, with the **Commissioner of Motor Vehicles** at: **60 State Street; Wethersfield, Connecticut.**

       And on the **same day** in **Wethersfield**, I made a due and legal service upon the within named Defendant: **Roadrunner Transportation Systems, Inc,** by leaving a true and attested copy, with my endorsements thereon, of the within *Writ, Summons-Civil, Complaint, and Statement of Amount In Demand*, with the **Commissioner of Motor Vehicles** at: **60 State Street; Wethersfield, Connecticut.**

       And on the **same day** in **Wethersfield**, I made a due and legal service upon the within named Defendant: **Roadrunner Dawes Freight Systems, Inc,** by leaving a true and attested copy, with my endorsements thereon, of the within *Writ, Summons-Civil, Complaint, and Statement of Amount In Demand*, with the **Commissioner of Motor Vehicles** at: **60 State Street; Wethersfield, Connecticut.**

       And on the **same day** in **Wethersfield**, I made a due and legal service upon the within named Defendant: **David Bradley Griffen,** by leaving a true and attested copy, with my endorsements thereon, of the within *Writ, Summons-Civil, Complaint, and Statement of Amount In Demand*, with the **Commissioner of Motor Vehicles** at: **60 State Street; Wethersfield, Connecticut.**

       And on **September 7, 2016 in Waterbury**, I made a due and legal service upon the within named Defendant: **Roadrunner Transportation Services, Inc,** by depositing at the Post Office, via certified mail # **7015 1520 0003 2592 7201**, postage paid, return receipt requested, a true and attested copy, with my endorsements thereon, of the within original *Writ, Summons-Civil, Complaint, and Statement of Amount In Demand;* and addressed to the within named Defendant as such: **Roadrunner Transportation Services, Inc: 4900 S. Pennsylvania Avenue; Cudahy, WI 53110.**

       And on **the same day in Waterbury,** I made a due and legal service upon the within named Defendant: **Roadrunner Transportation Systems, Inc,** by depositing at the Post Office, via certified mail # **7015 1520 0003 2592 7171**, postage paid, return receipt requested, a true and attested copy, with my endorsements thereon, of the within original *Writ, Summons-Civil, Complaint, and Statement of Amount In Demand;* and addressed to the within named Defendant as such: **Roadrunner Transportation Systems, Inc: 4900 S. Pennsylvania Avenue; Cudahy, WI 53110.**

And on **the same day in Waterbury,** I made a due and legal service upon the within named Defendant: **Roadrunner Dawes Freight Systems, Inc,** by depositing at the Post Office, via certified mail # **7015 1520 0003 2592 7195,** postage paid, return receipt requested, a true and attested copy, with my endorsements thereon, of the within original *Writ, Summons-Civil, Complaint, and Statement of Amount In Demand;* and addressed to the within named Defendant as such: **Roadrunner Dawes Freight Systems, Inc: 4900 S. Pennsylvania Avenue; Cudahy, WI 53110.**

And on **the same day in Waterbury,** I made a due and legal service upon the within named Defendant: **David Bradley Griffen,** by depositing at the Post Office, via certified mail # **7015 1520 0003 2592 7188,** postage paid, return receipt requested, a true and attested copy, with my endorsements thereon, of the within original *Writ, Summons-Civil, Complaint, and Statement of Amount In Demand;* and addressed to the within named Defendant as such: **David Bradley Griffen: 5501 Sayle Street; Greenville, TX 75402.**

The within and foregoing is the Original *Writ, Summons-Civil, Complaint, and Statement of Amount in Demand,* with my doings endorsed hereon.

By **September 7, 2016,** service was completed upon said Defendant, all within 30 days of said delivery of the *Writ, Summons-Civil, Complaint, and Statement of Amount in Demand.*

Dated at Waterbury, this 7th day of September, 2016.

ATTEST: _____
DONALD CIPRIANO, STATE MARSHAL

On this 7th day of September, 2016, before me appeared, Donald Cipriano, known to me to be the person whose name he subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained; and swore to the truth of the statements contained within.

In witness thereof I hereunto set my hand.

_____
Notary Public: Marie Listro
My Commission Expires 1/31/21

**FEES:**

| | | |
|---|---|---|
| Service: | $ | 200.00 |
| Travel: | | 43.20 |
| DMV: | | 80.00 |
| Cert. Mail: | | 26.72 |
| Conform: | | 56.00 |
| Endorsement: | | 10.00 |
| **TOTAL:** | **$** | **415.92** |







**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CUDAHY, WI 53110

Certified Mail Fee $3.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage $0.68
Total Postage and Fees $6.68

Sent To: ROADRUNNER DAWES FREIGHT SYSTEMS, INC.
Street and Apt. No., or PO Box No. 4900 S. PENNSYLVANIA AVE
City, State, ZIP+4® CUDAHY WI 53110
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CUDAHY, WI 53110

Certified Mail Fee $3.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage $0.68
Total Postage and Fees $6.68

Sent To: ROADRUNNER TRANSPORTATION SERVICES, INC.
Street and Apt. No., or PO Box No. 4900 S. PENNSYLVANIA AVE
City, State, ZIP+4® CUDAHY WI 53110
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CUDAHY, WI 53110

Certified Mail Fee $3.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage $0.68
Total Postage and Fees $6.68

Sent To: ROADRUNNER TRANSPORTATION SYSTEMS, INC.
Street and Apt. No., or PO Box No. 4900 S. PENNSYLVANIA AVE
City, State, ZIP+4® CUDAHY WI 53110
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

GREENVILLE, TX 75402

Certified Mail Fee $3.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage $0.68
Total Postage and Fees $6.68

Sent To: DAVID BRADLEY GRIFFEN
Street and Apt. No., or PO Box No. 5501 SAYLE STREET
City, State, ZIP+4® GREENVILLE TX 75402
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

## MARSHAL'S SUPPLEMENTAL RETURN

Docket No. NNH-CV-16-6064953S

September 20, 2016

Miguel Castro

**vs.**

**Roadrunner Dawes-Roadrunner Transportation Systems – Roadrunner Transportation Services and David Bradley Griffin**


And afterward on September 20, 2016, I received the **signed** Return Receipt Green cards addressed to the following:

# 7015 1520 0003 2592 7195 – Roadrunner Dawes
# 7015 1520 0003 2592 7201 – Roadrunner Transportation Services
#1520 0003 2592 7171 – Roadrunner Transportation Systems


ATTEST:

**DONALD CIPRIANO
STATE MARSHAL**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROADRUNNER TRANSPORTATION
SYSTEMS, INC
4900 S. PENNSYLVANIA AVE
CUDAHY, WI
53110

9590 9402 1440 5329 5854 73

2. Article Number (Transfer from service label)

7015 1520 0003 2592 7171

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROADRUNNER DAWES
FREIGHT SYSTEMS, INC
4900 S. PENNSYLVANIA AVE
CUDAHY, WI
53110

9590 9402 1440 5329 5854 97

2. Article Number (Transfer from service label)

7015 1520 0003 2592 7195

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☒ Agent
                     ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROADRUNNER TRANSPORTATION
SERVICES, INC
4900 S. PENNSYLVANIA AVE
CUDAHY, WI
53110

9590 9402 1440 5329 5854 80

2. Article Number (Transfer from service label)

7015 1520 0003 2592 7201

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☒ Agent
                     ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## MARSHAL'S SUPPLEMENTAL RETURN

Docket No. NNH-CV-16-6064953S                    September 20, 2016

Miguel Castro

**vs.**

**Roadrunner Transportation et al**


      And afterward on September 20, 2016, I received the attached envelope marked **unable to forward** and addressed to the following:

           # 7015 1520 0003 2592 7188 – David Bradley Griffen

                                ATTEST:

                                  **DONALD CIPRIANO**
                                  **STATE MARSHAL**



STATE MARSHAL'S OFFICE
45 Freight Street, Suite 1
Waterbury, CT 06702

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7015 1520 0003 2592 7188

U.S. POSTAGE
WATERBURY, CT
06701
SEP 01 16
AMOUNT
**$6.68**
R2305K132408-11

1000        75402

DAVID BRADLEY GRIFFEN
5501 SAYLG STREET
GREENVILLE, TX

75402

NIXIE   750   DE  1           0009/15/16

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:  06702181491   *0444-12930-07-41

75402023397123147         ANK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAVID BRADLEY GRIFFEN
5501 SAYLE STREET
GREENVILLE, TX
75402

9590 9402 1440 5329 5855 03

2. Article Number (Transfer from service label)

7015 1520 0003 2592 7188

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☒ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT B

MORRISON MAHONEY LLP • COUNSELLORS AT LAW

FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902

(203) 965-4900 • JURIS NO. 436691

1295716v.1

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

### Notice To Self-Represented Parties

*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

| Return date |
| --- |
| Sep-27-2016 |

| Docket number |
| --- |
| NNH-CV-16-6064953 |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

## CASTRO, MIGUEL v. ROADRUNNER TRANSPORTATION SERVICES, INC. Et Al

| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number | Address of Court *(Number, street, town and zip code)* |
| --- | --- | --- | --- | --- |
| | | | | **235 CHURCH STREET NEW HAVEN, CT 06510** |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
| --- | --- |
| **MORRISON MAHONEY LLP** | **436691** |

| **Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | Post office box | Telephone number *(Area code first)* |
| --- | --- | --- |
| **FOUR STAMFORD PLAZA 107 ELM STREET SUITE 403** | | **203-965-4900** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
| --- | --- | --- | --- | --- |
| **STAMFORD** | **CT** | **06902** | **203-487-6395** | **mkeller@morrisonmahoney.com** |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☒ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*
2. ☐ This appearance is in addition to an appearance already on file.

| **I agree to accept papers (service) electronically in this case under Practice Book Section 10-13** | ☒ **Yes** | ☐ **No** |
| --- | --- | --- |

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
| --- | --- | --- |
| ▶ 434044 | **MICHAEL R KELLER** | **Sep 28 2016** |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Sep 28 2016** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

**JAMES WELCOME - 80 CENTRAL AVENUE/WATERBURY, CT 06702**

| For Court Use Only |
| --- |
| |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
| --- | --- | --- | --- |
| ▶ 434044 | **MICHAEL R KELLER** | **Sep 28 2016** | **203-965-4900** |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**Continuation of JDCL12 Appearance Form for NNH-CV-16-6064953-S**

**Submitted By MORRISON MAHONEY LLP (436691)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-01 ROADRUNNER TRANSPORTATION SERVICES, INC.

Pty# D-02 ROADRUNNER TRANSPORTATION SYSTEMS, INC.

Pty# D-03 ROADRUNNER DAWES FREIGHT SYSTEMS, INC.

Pty# D-04 DAVID BRADLEY GRIFFEN

**\*\*\*\*\* End of Party List \*\*\*\*\***

You have successfully e-filed!                                                    Page 1 of 1

Case 3:16-cv-01674-VAB    Document 1    Filed 10/06/16    Page 26 of 31



State of Connecticut Judicial Branch
# Civil and Family E-Services

**Attorney/Firm:** MORRISON MAHONEY LLP (436691)          **E-Mail:** mkeller@morrisonmahoney.com   Logout

NNH-CV16-6064953-S    **CASTRO, MIGUEL v. ROADRUNNER TRANSPORTATION SERVICES, INC. Et Al**
**Prefix:** NH2          **Case Type:** V01          **File Date:** 09/19/2016          **Return Date:** 09/27/2016

**Hide Instructions**                    **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page. Please select the **Print** button to print a copy of this Confirmation. Then select the **Return to Civil/Family Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

[ Print ]

### Confirmation of E-filed Transaction (print this page for your records)

**Docket Number:** NNH-CV-16-6064953-S
**Case Name:** CASTRO, MIGUEL v. ROADRUNNER TRANSPORTATION SERVICES, INC.
**Type of Transaction:** Appearance
**Date Filed:** Sep 28 2016
**Appearance by:** 436691 MORRISON MAHONEY LLP
**Appearance for this Party(ies)**

| Party # | Party Name |
|---------|------------|
| D-01 | ROADRUNNER TRANSPORTATION SERVICES, INC. |
| D-02 | ROADRUNNER TRANSPORTATION SYSTEMS, INC. |
| D-03 | ROADRUNNER DAWES FREIGHT SYSTEMS, INC. |
| D-04 | DAVID BRADLEY GRIFFEN |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Sep 28 2016 1:36:30 PM

[ Return to Civil / Family Menu ]

Copyright © 2016, State of Connecticut Judicial Branch

# EXHIBIT C

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**

**FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902**

**(203) 965-4900 • JURIS NO. 436691**

1295716v.1

| DOCKET NO.: NNH-CV16-6064953-S | : | SUPERIOR COURT |
|---|---|---|
| MIGUEL CASTRO | : | JUDICIAL DISTRICT OF NEW |
| | : | HAVEN |
| V. | : | AT NEW HAVEN |
| ROADRUNNER TRANSPORTATION SERVICES, INC., ET AL. | : | OCTOBER 6, 2016 |

## NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendants, Roadrunner Transportation Services Inc., Roadrunner Transportation Systems, Inc., and Roadrunner Dawes Freight Systems, Inc. (hereinafter collectively the "Corporate Defendants"), hereby provide notice that they have filed a Notice of Removal of this action in and to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as Exhibit A.

According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action thereby preventing any further action in the Superior Court.

12

MORRISON MAHONEY LLP • COUNSELLORS AT LAW

FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902

(203) 965-4900 • JURIS NO. 436691

THE DEFENDANTS,
ROADRUNNER TRANSPORTATION
SERVICES, INC.; ROADRUNNER
TRANSPORTATION SYSTEMS, INC.;
ROADRUNNER DAWES FREIGHT
SYSTEMS, INC.; and DAVID BRADLEY
GRIFFEN


BY:   _Michael R. Keller  (434044)_____
      Michael R. Keller, Esq.
      Morrison Mahoney LLP
      - Their Attorney -

13

## **CERTIFICATION**

I hereby certify that a copy of the foregoing document was mailed U.S. mail, to the following parties of record postage prepaid this 6th day of October 2016 as follows:

Law Offices of James A. Welcome
80 Central Avenue
Waterbury, CT 06702
*Counsel for Plaintiff*


   /s/ Michael R. Keller
Michael R. Keller (434044)

2

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902**
**(203) 965-4900 • JURIS NO. 436691**

1295716v.1

You have successfully e-filed!                                           Page 1 of 1

Case 3:16-cv-01674-VAB   Document 1   Filed 10/06/16   Page 31 of 31



**Attorney/Firm: MORRISON MAHONEY LLP (436691)**          **E-Mail: mkeller@morrisonmahoney.com**   Logout

Hide Instructions                    **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Civil/Family Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

### Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | NNH-CV-16-6064953-S |
| **Case Name:** | CASTRO, MIGUEL v. ROADRUNNER TRANSPORTATION SERVICES, INC. Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Oct-6-2016 |
| **Motion/Pleading by:** | MORRISON MAHONEY LLP (436691) |
| **Document Filed:** | 104.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | |
| **Date and Time of Transaction:** | Thursday, October 06, 2016 12:25:23 PM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]          [ Return to Case Detail ]

Copyright © 2016, State of Connecticut Judicial Branch